1 BENJAMIN B. WAGNER
United States Attorney
2 TODD A. PICKLES
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California  95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )  2:11-CR-00061-MCE
                                )
12            Plaintiff,         )  PRELIMINARY ORDER OF FORFEITURE
                                )
13       v.                     )
                                )
14 MICHAEL GARCIA,              )
                                )
15            Defendant.         )
_____)
16

17      Based upon the plea agreement entered into between plaintiff

18 United States of America and defendant Michael Garcia, it is

19 hereby ORDERED, ADJUDGED AND DECREED as follows:

20      1.  Pursuant to 18 U.S.C. § 982(a)(2)(B) and 1029 (c)(1)(C),

21 defendant Michael Garcia's interest in the following property

22 shall be condemned and forfeited to the United States of America,

23 to be disposed of according to law:

24            a)   Lap top computer; and
             b)   Card scanner/reader.
25

26      2.  The above-listed property was used, in any matter or

27 part to commit or to facilitate the commission of a violation of

28 18 U.S.C. § 1030(a)(4) and 18 U.S.C. § 1029(a)(2).

1      3.  Pursuant to Rule 32.2(b), the Attorney General (or a

2  designee) shall be authorized to seize the above-listed property.

3  The aforementioned property shall be seized and held by the U. S.

4  Secret Service, in its secure custody and control.

5      4.  a.  Pursuant to 18 U.S.C. §§ 982(b)(1) and 1029(c)(2),

6  incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United

7  States shall publish notice of the order of forfeiture.  Notice

8  of this Order and notice of the Attorney General's (or a

9  designee's) intent to dispose of the property in such manner as

10 the Attorney General may direct shall be posted for at least 30

11 consecutive days on the official internet government forfeiture

12 site www.forfeiture.gov.  The United States may also, to the

13 extent practicable, provide direct written notice to any person

14 known to have alleged an interest in the property that is the

15 subject of the order of forfeiture as a substitute for published

16 notice as to those persons so notified.

17     b.  This notice shall state that any person, other than

18 the defendant, asserting a legal interest in the above-listed

19 property, must file a petition with the Court within sixty (60)

20 days from the first day of publication of the Notice of

21 Forfeiture posted on the official government forfeiture site, or

22 within thirty (30) days from receipt of direct written notice,

23 whichever is earlier.

24 ///

25 ///

26 ///

27 ///

28 ///

Preliminary Order of Forfeiture

1    5.  If a petition is timely filed, upon adjudication of all

2  third-party interests, if any, this Court will enter a Final

3  Order of Forfeiture pursuant to 18 U.S.C. §§ 982(a)(2)(B) and

4  1029(c)(1)(C), in which all interests will be addressed.

5    IT IS SO ORDERED.

6

7  Dated: October 27, 2011

8

9                          MORRISON C. ENGLAND, JR.
                          UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28