BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00061 MCE |
|---|---|
| Plaintiff, | **UNITED STATES'S REQUEST TO CONTINUE RESTITUTION HEARING; ORDER THEREON** |
| v. | |
| MICHAEL GARCIA, | Date: August 2, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr.<br>Place: Courtroom 7, 14th Floor |
| Defendant. | |

The United hereby requests that the restitution hearing set for August 2, 2012 be continued to August 23, 2012.

On October 4, 2012, defendant Michael Garcia pled guilty to two counts in the information charging him with violations of 18 U.S.C. §1029 -- Fraud in Connection with Access Device, and 18 U.S.C. § 1030 -- Fraud in Connection with Computers. On May 31, 2012, this Court sentenced defendant to fifty-seven months imprisonment, thirty-six months supervised release, and to pay a special assessment in the amount of $200. The Court further stated that restitution would be determined at a later date based on the recommendation received by the Probation Office, and set the date for any restitution hearing for August 2, 2012.

///

///

1

The undersigned counsel for the United States has been in contact with the assigned Probation Officer, and has been informed that she is presently unavailable and that she has not had an opportunity to finalize her report on the recommended amount of restitution in this case. Accordingly, because there is not yet a restitution recommendation by the Probation Office, a hearing on restitution would be premature. Counsel for the United States made inquiries to counsel for defendant about his consent or objection to continuing the date for the restitution hearing, but has not received any response to these inquiries as of the date of this filing. Accordingly, for the reasons stated above, the United States respectfully requests that the date for the restitution hearing be continued to August 23, 2012.

Dated: July 31, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: */s/ Todd A. Pickles*
TODD A. PICKLES
Assistant U.S. Attorney

**ORDER**

For the reasons stated above, and for good cause showing, the Court GRANTS the United States's request. The restitution hearing set for August 2, 2012 is CONTINUED to August 23, 2012 at 9:00 a.m.

IT IS SO ORDERED.

Dated: August 2, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2