**Robert M. Holley (SBN 50769)**
**Attorney at Law**
**331 J Street, Ste. 200**
**Sacramento, CA 95814**
**Telephone: (916)443-2213**

**Counsel for Mr. Michael Garcia**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL GARCIA,<br><br>　　　　　　Defendant. | Case No. 2:11-cr-00061 MCE<br><br>**STIPULATION TO CONTINUE RESTITUTION HEARING ; ORDER THEREON**<br><br>Date:　October 18, 2012<br>Time:　9:00 a.m.<br>Judge:　Hon. Morrison C. England, Jr.<br>Place:　Courtroom 7, 14th Floor |

　　　　The defendant, Michael Garcia, and the United States, through their undersigned counsel, hereby stipulate and jointly request that the Restitution Hearing currently on calendar for October 18, 2012, be continued to December 13, 2012 at 9:00 a.m., for good cause showing.

　　　　1.　　On April 12, 2012, defendant Michael Garcia pled guilty to two counts in the information charging him with violations of 18 U.S.C. §1029 -- Fraud in Connection with Access Device, and 18 U.S.C. § 1030 -- Fraud in Connection with Computers.  On May 31, 2012, this Court sentenced defendant to fifty-seven months imprisonment, thirty-six months supervised release, and to pay a special assessment in the amount of $200.  The Court further stated that restitution would be determined at a later date based on the recommendation received by the Probation Office, and the date for said restitution hearing, if any, is presently scheduled for October 18, 2012.

1

2. On August 15, 2012, the Probation Officer provided to the parties her memorandum which proposed restitution along with the list of victims and the amounts of restitution to be awarded to each victim.

3. Counsel for the defense is awaiting communication with Mr. Garcia concerning the possibility of waiver of said hearing by stipulation. In the meantime, the defense is requesting further continuance to effectuate this process.

4. For the foregoing reasons, the parties stipulate and jointly request that the matter be continued to December 13, 2012 at 9:00 a.m. The parties shall file any objections to the recommended restitution on or before December 3, 2012, with any response to objections to be filed by December 10, 2012.

5. The parties further stipulate that the time between October 18, 2012, and December 13, 2012 be excluded from the time period for a final determination of the victim's losses set forth under 18 U.S.C. § 3664(c)(5) due to the defendant's counsel's need to review and possibly prepare a response to the proposed restitution.

Dated: October 17, 2012            Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                By: */s/ Robert M. Holley for*
                                    TODD A. PICKLES
                                    Assistant U.S. Attorney

                                    For the United States of America

                                By: */s/ Robert M. Holley*
                                    ROBERT HOLLEY

                                    For defendant Michael Garcia

## **ORDER**

This matter comes before the Court on the parties Stipulation to Continue Restitution Hearing. Having read and considered the papers, and being fully informed, the Court ADOPTS the stipulation and GRANTS the parties' request. The restitution hearing set for October 18, 2012 is hereby CONTINUED to December 13, 2012 at 9:00 a.m. The time between October 18, 2012, and December 13, 2012 is excluded from the time period for a final determination of the victim's losses set forth under 18 U.S.C. § 3664(c)(5) due defendant's counsel's need to review and possibly prepare a response to the Probation Office's recommended restitution.

IT IS SO ORDERED.

Dated: October 22, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE