Robert M. Holley
Attorney at Law
State Bar No. 50769
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-2213

Counsel for MICHAEL GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRS 2:11-CR-00061 MCE |
| Plaintiff, | ) STIPULATION TO CONTINUE |
| v. | ) RESTITUTION HEARING AND ORDER |
| MICHAEL GARCIA, | ) |
| Defendant. | ) |

**REASONS FOR REQUEST**

Mr. Garcia is presently in a Federal Correctional Institution at La Tuna, Texas, completing his sentence upon which this request is made. Counsel has spoken with Mr. Garcia by telephone after sending him all of the information relating to the setting of restitution. Mr. Garcia has a copy of a waiver of hearing and said that he would be signing it and sending it back to counsel. He also said that he would be sending in writing any objections he might have to particular items with the request for negotiation with the government.

Counsel during this past month has moved his office and it may be that there was a mixup in the mail. In any event, counsel has not yet

received the waiver and this request is made to move this restitution hearing one last time so that counsel can obtain the waiver or otherwise receive a communication from Mr. Garcia. Counsel apologizes to all concerned for this delay. As Mr. Garcia is still in custody and will be through June, this request will not prejudice anyone (except our desire to get it off our respective calendars) and will be cost effective in the long run. The request is made to put this matter over on the Court's calendar to May 9, 2013 at 9:00 a.m. (Mr. Pickles will be in trial through April, 2013).

**STIPULATION**

For the reasons set forth above, it is hereby stipulated by and between the parties hereto through their respective counsel that the date presently scheduled for Restitution Hearing in this matter be continued from Thursday, March 14, 2013 at 9:00 a.m. to **Thursday, May 9, 2013 at 9:00 a.m.**

The parties further stipulate that all time included in this request for continuance **from March 14, 2013 through May 9, 2013** be excluded from the time for a final determination of the victim's losses set forth under 18 U.S.C. § 3664(c)(5) due to Mr. Garcia's counsel's need to review and possibly prepare a response to the proposed restitution and/or obtain the necessary waive of hearing if the same is appropriate and forthcoming.

**Dated: March 12, 2013**

*/s/ Mr. Todd A. Pickles* **(by RMH)**
**Assistant United States Attorney**
**Counsel the United States**


*/s/ Mr. Robert M. Holley, Esq.*
**MR. ROBERT M. HOLLEY, Esq.**
**Counsel for Mr. Garcia**

**ORDER**

This matter comes before the Court on the parties' Stipulation to Continue Restitution Hearing. Having read and considered the papers, and being fully informed, the Court ADOPTS the stipulation and GRANTS the parties' request. The restitution hearing set for March 14, 2013 is hereby CONTINUED to May 9, 2013 at 9:00 a.m. The time from March 14, 2013 up through and including May 9, 2013 is excluded from the time period for a final determination of the victim's losses set forth under 18 U.S.C. § 3664(c)(5) due to the defendant's counsel's need to review and possibly prepare a response to the Probation Office's recommended restitution.

IT IS SO ORDERED.

Dated: March 14, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

3